Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.Ghio@dinsmore.com
Christopher.Celentino@dinsmore.com
Yosina.Lissebeck@dinsmore.com

Matthew J. Stockl (State Bar No. 329366)
**DINSMORE & SHOHL LLP**
550 South Hope Street, Ste 1765
Los Angeles, CA 90071
Telephone: 213.335.7737
Facsimile: 213.335.7740
Matthew.Stockl@dinsmore.com

Special Counsel to Richard A. Marshack,
Trustee of the LPG Liquidation Trust

FILED & ENTERED

APR 22 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01192-SC<br><br>Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND THE TIME TO EFFECTUATE SERVICE AND MODIFY SUMMONS**<br><br><br>Judge: Hon. Scott C. Clarkson |

On March 31, 2025, Plaintiff Richard A. Marshack, the former Chapter 11 Trustee for the bankruptcy estate ("Estate") of debtor The Litigation Practice Group P.C. ("Debtor" or "LPG") and current liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee" or "Plaintiff") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California a *Motion to Extend the Time to Effectuate Service and Modify Summons* ("Motion"); *Memorandum of Points and Authorities*; *Declaration of Matthew J. Stockl in Support Thereof* ("Stockl Declaration"); and *Notice of Motion to Extend the Time to Effectuate Service and Modify Summons* ("Notice"). No hearing on the Motion was requested or required.

The Court, having reviewed the Motion (including the Notice and the Stockl Declaration), 17 days having passed since the filing and service of the Motion, Notice, and Stockl Declaration, and no opposition to the Motion or request for hearing on the Motion having been filed or received, and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time to effectuate service on the defendants Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss ("Delphine Pastor") and LDR International Ltd. ("LDR" and, together with Delphine Pastor, the "Foreign Defendants") within 9 months from the date of entry of this Order is GRANTED.

2. Plaintiff's request to modify the summons to Foreign Defendants is GRANTED.

3. The Clerk is directed to issue a summons which replaces the following language:

   TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

with the following language:

///

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is 30 days after service of this summons. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

**IT IS SO ORDERED.**

### ###

Date: April 22, 2025

Scott C. Clarkson
United States Bankruptcy Judge