United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 25-01192-SC

Pastor,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf031 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Delphine Pastor, c/o Direction des Services Judiciaires, Palais de Justice, 5, rue Colonel Bellando de Castro, Monte Carlo, Monaco, 98000 MONACO |
| dft | | LDR International Ltd., c/o Registrar of the Supreme Court, Supreme Court Registry, No. 84, Main Street, P.O. Box 418, Road Town, Tortola, VG1110 BRITISH VIRGIN ISLANDS |
| dft | + | MCA Fund ADV Inc., c/o USACORP INC. (Registered Agent), 325 Division Ave, Ste 201, Brooklyn, NY 11211-7348 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Apr 23 2025 02:27:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel A Lev | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf031 | Total Noticed: 4 |

    on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com  cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Matthew J Stockl

    on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com  katrice.ortiz@dinsmore.com

Richard A Marshack (TR)

    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Ronald N Richards

    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

United States Trustee (SA)

    ustpregion16.sa.ecf@usdoj.gov

Yosina M Lissebeck

    on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com  caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

TOTAL: 6

| | |
|---|---|
| Christopher Celentino (State Bar No. 131688) <br> Yosina M. Lissebeck (State Bar No. 201654) <br> Christopher B. Ghio (State Bar No. 259094) <br> **DINSMORE & SHOHL LLP** <br> 655 West Broadway, Ste 800 <br> San Diego, CA 92101 <br> Telephone:  619.400.0500 <br> Facsimile:  619.400.0501 <br> Christopher.Ghio@dinsmore.com <br> Christopher.Celentino@dinsmore.com <br> Yosina.Lissebeck@dinsmore.com <br><br> Matthew J. Stockl (State Bar No. 329366) <br> **DINSMORE & SHOHL LLP** <br> 550 South Hope Street, Ste 1765 <br> Los Angeles, CA 90071 <br> Telephone: 213.335.7737 <br> Facsimile: 213.335.7740 <br> Matthew.Stockl@dinsmore.com <br><br> Special Counsel to Richard A. Marshack, <br> Trustee of the LPG Liquidation Trust | **FILED & ENTERED** <br><br> APR 22 2025 <br><br> **CLERK U.S. BANKRUPTCY COURT** <br> **Central District of California** <br> **BY bolte        DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> The Litigation Practice Group P.C., <br><br> Debtor. | Case No.: 8:23-bk-10571-SC <br><br> Adv. Proc. No.: 8:25-ap-01192-SC <br><br> Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | **ORDER GRANTING MOTION TO EXTEND THE TIME TO EFFECTUATE SERVICE AND MODIFY SUMMONS** <br><br><br> Judge: Hon. Scott C. Clarkson |

On March 31, 2025, Plaintiff Richard A. Marshack, the former Chapter 11 Trustee for the bankruptcy estate ("Estate") of debtor The Litigation Practice Group P.C. ("Debtor" or "LPG") and current liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee" or "Plaintiff") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California a *Motion to Extend the Time to Effectuate Service and Modify Summons* ("Motion"); *Memorandum of Points and Authorities*; *Declaration of Matthew J. Stockl in Support Thereof* ("Stockl Declaration"); and *Notice of Motion to Extend the Time to Effectuate Service and Modify Summons* ("Notice"). No hearing on the Motion was requested or required.

The Court, having reviewed the Motion (including the Notice and the Stockl Declaration), 17 days having passed since the filing and service of the Motion, Notice, and Stockl Declaration, and no opposition to the Motion or request for hearing on the Motion having been filed or received, and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time to effectuate service on the defendants Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss ("Delphine Pastor") and LDR International Ltd. ("LDR" and, together with Delphine Pastor, the "Foreign Defendants") within 9 months from the date of entry of this Order is GRANTED.

2. Plaintiff's request to modify the summons to Foreign Defendants is GRANTED.

3. The Clerk is directed to issue a summons which replaces the following language:

    TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

with the following language:

/ / /

2

1  TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is 30 days after service of this summons. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

7  **IT IS SO ORDERED.**

\# \# \#

Date: April 22, 2025

Scott C. Clarkson
United States Bankruptcy Judge