1  Ira D. Kharasch (CA Bar No. 109084)
2  Victoria A. Newmark (CA Bar No. 183581)
   Hayley R. Winograd (*pro hac vice* application forthcoming)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California 90067-4003
   Telephone: 310-277-6910
5  Facsimile:  310-201-0760
   E-mail: ikharasch@pszjlaw.com
6         vnewmark@pszjlaw.com
7         hwinograd@pszjlaw.com

8  Christopher B. Harwood (*pro hac vice* application forthcoming)
   MORVILLO ABRAMOWITZ GRAND
9  IASON & ANELLO P.C.
   Morvillo Abramowitz Grand Iason & Anello, P.C.
10 565 Fifth Avenue,
   New York, NY 10017
11 Telephone: 212-856-9600
   Facsimile:  212-856-9494
12 E-mail: charwood@maglaw.com
13
14 Attorneys for MCA Fund ADV Inc.

15        **UNITED STATES BANKRUPTCY COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**
16            **SANTA ANA DIVISION**

17 In re                              Case No. 8:23-bk-10571-SC

18 THE LITIGATION PRACTICE GROUP,     Chapter 11
   P.C.,
19                                     Adv. No. 8-25-ap-01192-SC
            Debtor.
20                                     **STIPULATION TO EXTEND TIME TO**
                                       **RESPOND TO COMPLAINT**
21
22                                     Complaint Filed: March 18, 2025
   _____  The Honorable Scott C. Clarkson
23 RICHARD A. MARSHACK, Trustee of
   the LPG Liquidation Trust,
24
            Plaintiff,
25
            vs.
26
   DELPHINE PASTOR, et al.,
27
            Defendants.
28

1    **PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack

2  (the "Trustee") and Defendant MCA Fund ADV Inc. ("MCA," together with the Trustee, the

3  "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as

4  follows:

5        A.    On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and

6  preservation of 2-year actual fraudulent transfers, (2) avoidance, recovery, and preservation of 2-

7  year constructive fraudulent transfers, (3) avoidance, recovery, and preservation of 4-year actual

8  fraudulent transfers, (4) avoidance, recovery, and preservation of 4-year constructive fraudulent

9  transfers, (5) turnover, (6) Racketeer Influenced and Corrupt Organizations Act violations, (7)

10  conspiracy, (8) aiding and abetting, and (9) declaratory relief.  [Docket. No. 1].

11        B.    On March 31, 2025, Plaintiff served MCA with a copy of the Summons and

12  Complaint.  [Docket No. 7].

13        C.    The deadline for MCA to respond to the Complaint is April 28, 2025.  [Docket No.

14  5].

15        D.    On April 25, 2025, to allow MCA time to finalize retention of counsel and prepare

16  a response, Plaintiff agreed to extend the deadline for MCA to file and serve any response to

17  Plaintiff's Complaint from April 28, 2025 to **May 12, 2025**.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PACHULSKI STANG ZIEHL & JONES LLP

2

**STIPULATION**

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1.      The deadline for MCA Fund ADV Inc. to file and serve any response to Plaintiff's Complaint shall be extended from April 28, 2025 to **May 12, 2025**.

**IT IS SO STIPULATED.**

Dated:  April 28, 2025                    **DINSMORE & SHOHL LLP**

                                          By _____
                                          Christopher B. Ghio
                                          Special Counsel to Richard A. Marshack,
                                          Trustee of the LPG Liquidation Trust

Dated:  April 28, 2025                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                          By   */s/ Ira D. Kharasch*
                                          Ira D. Kharasch

Dated:  April 28, 2025                    **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

                                          By _____
                                          Christopher B. Harwood (*pro hac vice* application forthcoming)

                                          Attorneys for MCA Fund ADV Inc.