Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for MCA Fund ADV Inc.

**FILED & ENTERED**

**MAY 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>   Debtor.<br><br>——————————————<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>   Plaintiff,<br><br>      vs.<br><br>DELPHINE PASTOR, et al.,<br><br>   Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01192-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |

PACHULSKI STANG ZIEHL & JONES LLP

The Court has read and considered the *Stipulation to Continue Deadlines* (the "Second Stipulation"), [Docket No. 20], entered into by and between the Trustee and Defendant MCA Fund ADV Inc., and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadline for MCA Fund ADV Inc. to file and serve any response to Plaintiff's Complaint shall be continued from May 12, 2025 to **30 days following the service of all other named defendants in this case**.

2. The May 30, 2025, status conference is continued to August 7, 2025, at 1:30 p.m. A status report is due 14 days in advance.

### 

Date: May 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2