Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
Jacob R. Bothamley (State Bar No. 319457)
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Telephone:  619.400.0500
Facsimile:  619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
jacob.bothamley@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

FILED & ENTERED

AUG 20 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.,<br><br>         Debtor.<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>         Plaintiff,<br><br>         v.<br><br>Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01192-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT MCA FUND ADV INC. TO TAKE STATUS CONFERENCE OFF CALENDAR**<br><br><u>Status Conference</u><br>Date:  November 13, 2025<br>Time:  10:00 a.m.<br>Ctrm:  5C<br>Honorable Scott C. Carlson |

1

The Court, having read and considered the Stipulation Between Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust, and Defendant MCA Adv Inc. to Take Status Conference Off Calendar filed on August 19, 2025, as Docket No. 29 (the "Stipulation"), and with good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The Status Conference currently set for November 13, 2025 at 10:00 a.m. is hereby CONTINUED, as a holding date, to March 19, 2026, at 1:30 p.m., with a status report due 14 days in advance.
3. **IT IS SO ORDERED.**

###

Date: August 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge