| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Celentino (131688)<br>Yossina M. Lissebeck (201654)<br>Christopher B. Ghio (259094)<br>Jacob R. Bothamley (319457)<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>619.400.0500<br>Christopher.celentino@dinsmore.com<br>Yosina.lissebeck@dinsmore.com<br>Christopher.ghio@dinsmore.com<br>Jacob.bothamley@dinsmore.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA**

| In re:<br>The Litigation Practice Group. P.C.,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br>ADVERSARY NO.:  8:25-ap-01192-SC<br>CHAPTER:   11 |
|---|---|
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br>vs.<br><br>Delphine Pastor, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company, and DOES 1-10, inclusive,<br><br>Defendant(s). | **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]** |
| | No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** *(name of party)*  Plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below. This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.

☒ **A**. **ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

  1.  A summons was issued and filed by the clerk as docket entry #13 on *(date)* April 22, 2025

  2.  The 7-day period to serve a summons ended on *(date)* April 29, 2025   ** **(but see modification by Order [Dkt. 12])**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*      Page 1      **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

3. The period to serve a summons ended without service of the summons on the following previously named parties:

a. Delphine Pastor, a Monaco resident

b. LDR International Ltd., a British Virgin Islands limited liability company

c. 

4. Therefore, another summons ("alias summons") is needed. **As requested, on the alias summons, please include the following language as set forth in the Order Granting the Motion To Extend The Time to Effectuate Service and Modify Summons [Dkt. 12]:**

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is 30 days after service of this summons. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

**Please also change the date of the Status Conference on the alias summons to March 19, 2026 at 1:30 p.m. in accordance with the Order issued on August 20, 2025. [Adv. Dkt. 30].**

☐ **B. NEW PARTY TO BE ADDED OR JOINED** [FRBP 7014, 7019, 7020]

1. Movant is: ☐ Plaintiff    ☐ Third-Party Plaintiff

2. Name of the party(ies) to be added or joined:

a. 

b. 

c. 

3. The document that identifies the new party(ies) is filed as docket entry # _____ on *(date)* _____:

☐ Amended Complaint

☐ Third-Party Complaint

4. Therefore, another summons is needed to serve the new party(ies).

Date: 8/27/2025        Yosina M. Lissebeck
                       Print name of Movant or Attorney for Movant


                       /s/ Yosina M. Lissebeck
                       Signature of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                Page 2                **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DINSMORE & SHOHL, LLP, 655 West Broadway, Suite 800, San Diego, CA 92101


A true and correct copy of the foregoing document entitled**: REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE [LBR 7004-(1)(a)(1)(C)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 8/27/2025   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Ira David Kharasch on behalf of Defendant MCA Fund ADV Inc.
ikharasch@pszjlaw.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*      Page 3      **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 8/27/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANTS**
LDR International Ltd.
c/o Registrar of the Supreme Court
Supreme Court Registry, No. 84
Main Street, P.O. Box 418
Road Town, Tortola  VG1110

Delphine Pastor
c/o Direction des Services Judiciaires
Palais de Justice
5, rue Colonel Bellando de Castro
Monte Carlo, Monaco  98000

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/27/2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                                    Page 3                    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**