Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
Jacob R. Bothamley (State Bar No. 319457)
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Christopher.Celentino@dinsmore.com
Yosina.Lissebeck@dinsmore.com
Christopher.Ghio@dinsmore.com
Jacob.Bothamley@dinsmore.com

Counsel to Plaintiff, Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.,<br><br>            Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01192-SC<br><br>Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>            Plaintiff,<br><br>            v.<br><br>Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company, and DOES 1-10, inclusive,<br><br>            Defendants. | **NOTICE OF MOTION TO EXTEND THE TIME TO EFFECTUATE SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND REQUEST FOR ANOTHER SUMMONS**<br><br>No Hearing Required<br><br>[LBR 9013-1(o)(1)]<br><br>Judge: Hon. Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** Plaintiff Richard A. Marshack, the former Chapter 11 Trustee for the bankruptcy estate ("Estate") of debtor The Litigation Practice Group P.C. ("Debtor" or "LPG") and current liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee" or "Plaintiff") in the above-captioned bankruptcy case (the "Bankruptcy Case") has filed a motion (the "Motion"), to extend the time to effectuate service of Plaintiff's First Amended Complaint ("FAC") on defendants Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss ("Defendant Pastor") and LDR International Ltd. ("LDR" and, together with Defendant Pastor, the "Foreign Defendants"), and request another summons.

**PLEASE TAKE FURTHER NOTICE** that through the Motion, the Plaintiff seeks entry of an order granting the Motion that provides the following relief:

1. Grants Plaintiff's request for an extension of time to serve the Foreign Defendants to 4 months following this Court's Order granting the extension;

2. Requests issuance of another summons with modified language within the summons to provide the Foreign Defendants 30 days from the date of service to file a responsive pleading; and

3. Grants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the Memorandum of Points and Authorities submitted with the Motion, the Declaration of Christopher Celentino filed in support thereof, and the entire record in this case, and such other pleadings and evidence as may be properly submitted in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that interested parties may obtain a complete copy of the Motion from the Court in-person or from the Court's website. Alternatively, parties may obtain a free, electronic copy by sending a written request to counsel for the Plaintiff as listed in the upper left-hand corner of the first page of this pleading.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBRs 9013-1(f) and 9013-1(o)(1)(A)(ii), any response and request for hearing must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and

documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities, (ii) filed with the Court, and (iii) served on the Plaintiff and the United States Trustee within fourteen (14) days after the date of service of this Notice, plus three (3) calendar days if service was by mail, at the following addresses:

| **For Filing with the Court:** | **For Service on the Court:** |
|---|---|
| Clerk's Office | Honorable Scott C. Clarkson |
| United States Bankruptcy Court | United States Bankruptcy Court |
| 411 West Fourth Street | Central District of California |
| Santa Ana, CA 92701-4593 | Ronald Reagan Federal Building and Courthouse |
| | 411 West Fourth Street, Suite 5130 |
| | Santa Ana, CA 92701-4593 |
| **For Service on the Plaintiff:** | **For Service on the United States Trustee:** |
| Richard A. Marshack, | Office of The United States Trustee |
| Trustee of the LPG Liquidation Trust | 411 West Fourth Street, Suite 7160 |
| c/o Christopher Celentino, Esq. | Santa Ana, CA 92701 |
| Dinsmore & Shohl LLP | |
| 655 West Broadway, Suite 800 | |
| San Diego, CA 92101 | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(h), the failure to file and serve a timely response to the Motion or request for a hearing on the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated: February 20, 2026                    Respectfully submitted,

                                            DINSMORE & SHOHL LLP

                                            By: /s/ Christopher Celentino
                                                Christopher Celentino
                                                Yosina M. Lissebeck
                                                Christopher B. Ghio
                                                Jacob R. Bothamley
                                            Counsel to Plaintiff, Richard A. Marshack,
                                            Trustee of the LPG Liquidation Trust

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO EXTEND THE TIME TO EFFECTUATE SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND REQUEST FOR ANOTHER SUMMONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Celentino on behalf of Plaintiff Richard A. Marshack
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com
Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
Ira David Kharasch on behalf of Defendant MCA Fund ADV Inc.
ikharasch@pszjlaw.com
Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com
Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Victoria Newmark on behalf of Defendant MCA Fund ADV Inc.
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __February 20, 2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT**
MCA Fund Adv Inc.
c/o USACORP INC., Registered Agent
325 Division Ave., Ste. 201
Brooklyn, NY 11211

**DEFENDANT**
LDR International Ltd.
c/o Registrar of the Supreme Court
Supreme Court Registry
84 Main Street
P.O. Box 418
Road Town, Tortola
Virgin Islands (British) VG1110

**DEFENDANT**
Delphine Pastor
c/o Direction des Services Judiciaires
Palais de Justice
5, rue Colonel Bellando de Castro
Monte Carlo, Monaco, 98000

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**