Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
Christopher B. Ghio (SBN 259094)
Jacob R. Bothamley (SBN 319457)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com
Jacob.bothamley@dinsmore.com

Attorneys for Plaintiff Richard A. Marshack,
Trustee of the LPG Liquidation Trust

FILED & ENTERED

MAR 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:25-ap-01192-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Delphine Pastor aka Delphine Reiss aka Delphine Pastor-Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND THE TIME TO EFFECTUATE SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND REQUEST FOR ANOTHER SUMMONS**<br><br><br>Judge:    Hon. Scott C. Clarkson |

On February 20, 2026, Plaintiff Richard A. Marshack, the former Chapter 11 Trustee for the bankruptcy estate ("Estate") of debtor The Litigation Practice Group P.C. ("Debtor" or "LPG") and current liquidating trustee of the LPG Liquidation Trust (collectively, "Trustee" or "Plaintiff") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California a Motion to Extend the Time to Effectuate Service and Request For Another Summons ("Motion"); Memorandum of Points and Authorities; Declaration of Christopher Celentino in Support Thereof ("Celentino Declaration"); and Notice of Motion to Extend the Time to Effectuate Service and Request Another Summons ("Notice"). No hearing on the Motion was requested or required.

The Court, having reviewed the Motion (including the Notice and the Celentino Declaration), 17 days having passed since the filing and service of the Motion, Notice, and Celentino Declaration, and no opposition to the Motion or request for hearing on the Motion having been filed or received, and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time to effectuate service on the defendants Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss ("Pastor") and LDR International Ltd. ("LDR" and, together with Pastor, the "Foreign Defendants") within 4 months from the date of entry of this Order is GRANTED.

2. Plaintiff's request for another summons on Foreign Defendants is GRANTED.

3. The Clerk is directed to issue another summons which replaces the following standard language:

   > TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

with the following language:

2

1
2
3
4
5

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is 30 days after service of this summons. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

6

7  **IT IS SO ORDERED.**

8

9                                             ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: March 12, 2026                   Scott C. Clarkson
                                          United States Bankruptcy Judge

25

26

27

28

3