ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR (State Bar No. 273875)
rzur@elkinskalt.com
COLE F. NICHOLAS (State Bar No. 354027)
cnicholas@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants Delphine Pastor and LDR International Ltd.

FILED & ENTERED

JUN 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall      DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Adv. Proc. No. 8:25-ap-01192-SC |
| Debtor. | Chapter 11 |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | **ORDER APPROVING STIPULATION BETWEEN DEFENDANTS AND TRUSTEE TO (I) SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND (II) ADVANCE STATUS CONFERENCE** |
| Plaintiff, | |
| v. | |
| Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and Does 1-10, inclusive, | [No Hearing] |
| Defendants. | |

The Court, having considered the *Stipulation Between Defendants and Trustee to (I) Set Briefing Schedule on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and (II) Advance Status Conference* (the "Stipulation") entered into by and between Richard A. Marshack, the duly-appointed Trustee of the LPG Liquidation Trust and plaintiff in the above-captioned adversary proceeding (the "Trustee"), and defendants Delphine Pastor aka Delphine Pastor-Reiss

8148660.1

aka Delphine Reiss and LDR International Ltd. (collectively, the "Defendants" and together with the Trustee, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED** as set forth herein.

2. The Defendants shall file and serve the Motion to Dismiss on or before July 22, 2026.

3. The Trustee shall file and serve any opposition or response to the Motion to Dismiss on or before August 19, 2026.

4. The Defendants shall file and serve any reply in support of the Motion to Dismiss no later than August 26, 2026.

5. The hearing on the Motion to Dismiss shall be held on September 17, 2026 at 1:30 p.m. before the Honorable Scott C. Clarkson, in Courtroom 5C of the United States Bankruptcy Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701.

6. The Status Conference currently set for September 24, 2026 at 10:00 a.m. will be advanced to September 17, 2026, at 1:30 p.m., to be heard concurrently with the Motion to Dismiss.

7. The Parties have satisfied their obligation to meet and confer with respect to the Motion to Dismiss and the matters set forth in this Stipulation, and shall have no further obligation to meet and confer with respect thereto. Nothing herein shall be deemed to waive or limit any obligation to meet and confer with respect to any additional or different grounds or arguments that may be raised in the Motion to Dismiss referenced herein.

8. Nothing in this Order or in the Stipulation, or in Defendants' agreement to the briefing schedule, shall constitute or be deemed a waiver of any defense, objection, or challenge to jurisdiction, service, venue, process, standing, claim sufficiency, or any other matter, all of which are expressly reserved.  At this time, Defendants' participation is limited to scheduling and case-

2

8148660.1

management purposes. Nothing in this Order or in the Stipulation shall limit or waive Plaintiff's right to seek jurisdictional discovery in connection with the Motion to Dismiss, including in opposition thereto.

###

Date: June 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge

3

8148660.1