United States Bankruptcy Court

Central District of California

Marshack,
Plaintiff

Pastor,
Defendant

Adv. Proc. No. 25-01192-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2

Date Rcvd: Aug 25, 2026 Form ID: pdf031 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Delphine Pastor, c/o Direction des Services Judiciaires, Palais de Justice, 5, rue Colonel Bellando de Castro, Monte Carlo, Monaco, 98000 MONACO |
| dft | | LDR International Ltd., c/o Registrar of the Supreme Court, Supreme Court Registry, No. 84, Main Street, P.O. Box 418, Road Town, Tortola, VG1110 BRITISH VIRGIN ISLANDS |
| dft | + | MCA Fund ADV Inc., c/o USACORP INC. (Registered Agent), 325 Division Ave, Ste 201, Brooklyn, NY 11211-7348 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Aug 26 2026 02:52:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Christopher Celentino | on behalf of Plaintiff Richard A. Marshack christopher.celentino@dinsmore.com caron.burke@dinsmore.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com |
| Jacob Newsum-Bothamley | on behalf of Plaintiff Richard A. Marshack jacob.bothamley@dinsmore.com bonnie.connolly@dinsmore.com |
| Marven Mekha | on behalf of Plaintiff Richard A. Marshack marven.mekha@dinsmore.com bonnie.connolly@dinsmore.com |
| Matthew J Stockl | on behalf of Plaintiff Richard A. Marshack mstockl@otterbourg.com nregina@otterbourg.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Roye Zur | on behalf of Defendant Delphine Pastor rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Defendant LDR International Ltd. rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Victoria Newmark | on behalf of Defendant MCA Fund ADV Inc. vnewmark@pszjlaw.com hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com |
| Yosina M Lissebeck | on behalf of Plaintiff Richard A. Marshack yosina.lissebeck@dinsmore.com caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com |

TOTAL: 14

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR (State Bar No. 273875)
rzur@elkinskalt.com
COLE F. NICHOLAS (State Bar No. 354027)
cnicholas@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants Delphine Pastor and LDR International Ltd.

FILED & ENTERED
AUG 25 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No. 8:25-ap-01192-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEFENDANTS AND TRUSTEE TO (I) EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND (II) CONTINUE HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE**<br><br>[No Hearing] |

The Court, having considered the *Stipulation Between Defendants and Trustee to (I) Extend Deadline for Defendants' Reply in Support of Motion to Dismiss and (II) Continue Hearing on Motion to Dismiss and Status Conference* [Dkt. No. 58] (the "Stipulation") entered into by and between Richard A. Marshack, the duly-appointed Trustee of the LPG Liquidation Trust and plaintiff in the above-captioned adversary proceeding (the "Trustee"), and defendants Delphine Pastor aka Delphine Pastor-Reiss aka Delphine Reiss and LDR International Ltd.

(collectively, the "Defendants" and together with the Trustee, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED** as set forth herein.

2. The Defendants shall file and serve any reply in support of the Motion to Dismiss no later than September 2, 2026.

3. The hearing on the Motion to Dismiss, currently set for September 17, 2026 at 1:30 p.m., is continued to October 15, 2026 at 1:30 p.m.

4. The Status Conference in this adversary proceeding, currently set for September 24, 2026 at 1:30 p.m., is continued to October 15, 2026 at 1:30 p.m., to be heard concurrently with the Motion to Dismiss.

5. Except as expressly modified herein, all other terms and provisions of the Court's Scheduling Order entered on June 12, 2026 [Dkt. No. 51] remain in full force and effect.

6. Nothing in this Order or in the Stipulation, or in Defendants' agreement to the modified briefing schedule, shall constitute or be deemed a waiver of any defense, objection, or challenge to jurisdiction, service, venue, process, standing, claim sufficiency, or any other matter, all of which are expressly reserved. At this time, Defendants' participation is limited to scheduling and case-management purposes. Nothing in this Order or in the Stipulation shall limit or waive Plaintiff's right to seek jurisdictional discovery in connection with the Motion to Dismiss, including in opposition thereto.

###

Date: August 25, 2026

Scott C. Clarkson
United States Bankruptcy Judge



8212926.1